AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00073 |
| David Joseph Gietzen | ) Assigned To: Magistrate Judge Zia M. Faruqui |
|  | ) Assign. Date : 3/24/2022 |
|  | ) Description: Complaint with Arrest Warrant |
|  | ) |
|  | ) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ David Joseph Gietzen,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) & (b) - Assaulting, Resisting, or Impeding Certain Officers with Deadly or Dangerous Weapon
18 U.S.C. § 231(a)(3)- Civil Disorder
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds

Date: 03/25/2022

_Issuing officer's signature_
Zia M. Faruqui
2022.03.25 18:15:00 -04'00'

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on (date) 3/25/22, and the person was arrested on (date) 5/11/22
at (city and state) Sanford, NC

Date: 5/11/22

_Arresting officer's signature_

FBI SA Craig Noyes
_Printed name and title_