UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No.: 22-cr-116 (CJN) |
| v. | : | |
| | : | |
| **DAVID JOSEPH GIETZEN,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Trial Attorney Elizabeth N. Eriksen is entering her appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: May 19, 2022

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Elizabeth N. Eriksen*
ELIZABETH N. ERIKSEN
VA Bar No. 72399
Trial Attorney, Detailee
1301 New York Avenue, NW, 8th Floor
Washington, DC 20530
(202) 616-4385
Elizabeth.Eriksen@usdoj.gov