NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.   Criminal Number

(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA     ☐ RETAINED     ☐ FEDERAL PUBLIC DEFENDER

*Lisa S. Costner*
_____
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

_____
*(Attorney & Bar ID Number)*

_____
*(Firm Name)*

_____
*(Street Address)*

*(City)*     *(State)*     *(Zip)*

_____
*(Telephone Number)*