NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.   Criminal Number  1:22CR16-CJN

David Joseph Gietzen
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ☐ RETAINED        ☒ FEDERAL PUBLIC DEFENDER

*(Signature)*

PLEASE PRINT THE FOLLOWING INFORMATION:

Ira Knight, NC Bar #43817
*(Attorney & Bar ID Number)*

Federal Public Defender Office, MDNC
*(Firm Name)*

301 N. Elm Street, Suite 410
*(Street Address)*

Greensboro, NC 27401
*(City)        (State)        (Zip)*

(336) 333-5468
*(Telephone Number)*