# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No.: 22-cr-116 (CJN) |
| **v.** : | |
| : | |
| **DAVID JOSEPH GIETZEN,** : | |
| : | |
| **Defendant.** : | |

## MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY
## FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the protective order governing discovery in this matter. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for the defendant regarding this motion and counsel for the defendant does not oppose the motion.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        United States Attorney
                                        D.C. Bar No. 481052

By:    */s/ Elizabeth N. Eriksen*
        ELIZABETH N. ERIKSEN
        VA Bar No. 72399
        Trial Attorney, Detailee
        United States Attorney's Office
        District of Columbia
        555 4th Street, N.W.
        Washington, D.C. 20001
        (202) 616-4385
        Elizabeth.Eriksen@usdoj.gov