UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No.: 22-CR-116 |
| DAVID J. GIETZEN | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Alison B. Prout, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully Submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   */s/ Alison B. Prout*
Assistant United States Attorney
Georgia Bar No. 141666
Detailed to the U.S. Attorney's Office
For the District of Columbia
601 D Street, N.W.
Washington, D.C. 20001
(404) 772-4456 (c)
alison.prout@usdoj.gov

## CERTIFICATE OF SERVICE

On this 26th day of July 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

>/s/ Alison B Prout
>ALISON B. PROUT
>Assistant United States Attorney