**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 22-cr-116 (CJN)** |
| v. | : | |
| | : | |
| **DAVID JOSEPH GIETZEN,** | : | |
| | : | |
| Defendant. | : | |

## <u>ORDER</u>

Based upon the representations in the Unopposed Motion To Continue Status Hearing and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on February 17, 2023 be continued for good cause to April 18, 2023, at _____a.m./p.m.; and it is further

**ORDERED** that the time between February 17, 2023 and April 18, 2023 shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A).  The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution, and additional time to review discovery.

_____
THE HONORABLE CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE