UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | Case No. 22-cr-116 (CJN) |
| ) | |
| DAVID JOSEPH GIETZEN    ) | |

ORDER

    THIS MATTER is before the Court on the Defendant's motion to dismiss Counts One, Five, Six and Seven of the Indictment.

For good cause shown, Defendant's motion to dismiss is granted

.

SO ORDERED, This the __ day of _____, 2023.

_____
Carl J. Nichols
United States District Judge