| Government | ✓ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES OF AMERICA

VS.

David Joseph Gietzen

Civil/Criminal No. __22-cr-116-CJN__

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 100 Series | *General Evidence of the Capitol Grounds and the Riot on January 6th* | | | | |
| 101 | J 6 Montage video (approx. 15 min.) | 8/29/23 | 8/29/23 | Tia Summers | |
| 102 | Area Closed Signs and Barricades – time lapse (approx. 3 min.) | 8/29/23 | 8/29/23 | Tia Summers Justin Cohen | |
| 103 | Area Closed Sign | 8/29/23 | 8/29/23 | Tia Summers | |
| 104 | Map of Restricted Perimeter | 8/29/23 | 8/29/23 | Tia Summers Lanelle Hawa | |
| 105 | Area Closed Sign (close up) | 8/29/23 | 8/29/23 | Tia Summers | |
| 106 | Drawing of Capitol Building and Grounds | | | | |
| 106.1 | Drawing of Capitol Building and Grounds (Alternate view – compressed) | | | | |

1

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 107 | Area Closed Sign and Barricades (rioters pushing) | 8/29/23 | 8/29/23 | Tia Summers | |
| 108 | Photo of Capitol with Snow Fencing in Forefront and Signs in Background | 8/29/23 | 8/29/23 | Tia Summers | |
| 109 | Area Closed Sign and Bike Rack (close up) | 8/29/23 | 8/29/23 | Tia Summers | |
| 112 | Three-Dimensional Depiction of Capitol | 8/29/23 | 8/29/23 | Tia Summers | |
| 113 | Three-Dimensional Depiction of inaugural stage | 8/29/23 | 8/29/23 | Tia Summers / Chad Curtice | |
| 114 | Three-Dimensional Depiction of inaugural stage (aerial) | 8/29/23 | 8/29/23 | Tia Summers | |
| 115 | Three-Dimensional Depiction of inaugural stage (side) | 8/29/23 | 8/29/23 | Tia Summers | |
| 116 | Congressional Montage (approx. 11 min.) | | | | |
| | | | | | |
| 200 Series | *Secret Service Exhibits* | | | | |
| 201 | HOS Notification - Visit of Vice President Michael Pence, Mrs. Pence, and Charlotte Pence to the U.S. Capitol (S-214_House and Senate Floors) on Wednesday January 6, 2021 | 8/30/23 | 8/30/23 | Lanelle Hawa | |

2

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 202 | USSS HOS Notification – Vice President Pence 01.06.21 9 (REDACTED) | 8/30/23 | 8/30/23 | Lanelle Hawa | |
| 203 | USSS-3 – VP Pence departing Senate members staircase (public version) (33 sec.) | 8/30/23 | 8/30/23 | Lanelle Hawa | |
| 204 | USSS-2 – East Side of the Capitol: VP vehicles moving (approx. 5 min) | | | | |
| | | | | | |
| 300 Series | **U.S. Capitol CCTV Footage** | | | | |
| 301 | 0903 USCD LA Dome West | | | | |
| 301.1 | 0903 (2:14:25 p.m.-12:15:29p.m.) | 8/29/23 | 8/29/23 | Tia Summers Chad Curtice | |
| 301.2 | 0903 (2:18:03-12:19:00) | 8/29/23 | 8/29/23 | Chad Curtice | |
| 301.3 | 0903 92:28:25-2:31:53) | 8/29/23 | 8/29/23 | Tia Summers | |
| 301.4 | 0903 (2:33:18-2:33:27) | | | | |
| 302 | 0074USCHBALowerWTerraceDoorExterior_ | 8/29/23 | 8/29/23 | Tia Summers Jason Mastony Craig Noyes David Geitner | |

3

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 400 Series | Body Worn Camera | | | | |
| 401 | P/O Koyejo | 8/29/23 | 8/29/23 | | |
| 401.1 | Still @ 14:15:16 (14.15.16.png) | 8/29/23 | 8/29/23 | | |
| 402 | P/O Hodges | 8/29/23 | 8/29/23 | | |
| 403 | P/O Wilhoit | | | | |
| 404 | P/O Austin | | | | |
| 404.1 | Still @ 14:14:47 | | | | |
| 405 | P/O Curtice | 8/29/23 | 8/29/23 | Chad Curtice Craig Noyes David Geitzen | |
| 406 | P/O Morris | 8/29/23 | 8/29/23 | | |
| 407 | P/O Boyle | 8/29/23 | 8/29/23 | | |

4

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent Into Jury (date & time) |
|---|---|---|---|---|---|
| 408 | P/O Mastony Clip | 8/29/23 | 8/29/23 | Jason Mastony | |
| 409 | P/O Mastony Full BWC video | | | | |
| | | | | | |
| | | | | | |
| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
| 500 Series | Open Source | | | | |
| 501 | Parler Video (wRoeO6Atunin.mp4) | | | | |
| 502 | Parler video (Pd0gtd3B2lpR.mp4) | 8/30/23 | | David Geitzen | |
| 503 | Twitter Video (Ken Duffy Twitter.mp4) | | | | |
| 504 | Getty Image (Samuel Corum Getty Image) | 8/29/23 | 8/29/23 | Tig Summers | |
| 505 | YouTube video (yt5s.com-SouthCoast Reality - Washington DC Jan 6, 2021 Live stream of Trump Rally and Capitol Riot as I sawit(720p).mp4) | | | | |
| 506 | Video (John Harrington ZUMA Wire.mp4) | | | | |

| # | Description | Date | Date | Signature | |
|---|---|---|---|---|---|
| 507 | Getty Image photo (Olivier Douliery) | | | | |
| 508 | Getty Image (Roberto Schmidt) | 8/29/23 | 8/29/23 | Justin Cohen | |
| 509 | Roberto Schmidt Getty Image 2 | 8/29/23 | 8/29/23 | Justin Cohen | |
| 510 | Roberto Schmidt Getty Image 3 | 8/29/23 | 8/29/23 | Justin Cohen / Jesse Dodson / David Geitzen | |
| 511 | Video (Aaron Delgado 2-police coming through.mp4) | | | | |
| 512 | Aerial Photo of Assault (Alamy still Annotation 2023-08-01 102134.png) | 8/29/23 | 8/29/23 | Tig Summers | |
| 513 | Video (Aaron Delgado-extinguish the fires of hatred.mp4) | | | | |
| 514 | Parler Video (mxhCOOkUXgbA.mp4) | | | | |
| 515 | Will Allen Video (Will Allen-DuPraw All Footage watermarked part 1.mp4) | 8/29/23 | 8/29/23 | Tig Summers / Chad Curtice / David Geitzen | |
| 516 | Just another channel Video (Just another channel_3954b33c-dbf3-4b4c-aea5-2aa48c11260b.mp4) | 8/29/23 | 8/29/23 | Justin Cohen / Jason Mastony / Craig Noyes | |
| 517 | Parler Video (SvhdLOX60Osw.mp4) | | | | |
| 518 | YouTube Video (yt5s.com-Capitol Protest in Washington, D.C. on January 6, 2021.mp4) | 8/29/23 | 8/29/23 | Chad Curtice | |
| 519 | Jon Farina Video (Jon Farina NYC Freelance Photographer Insta.mp4) | | | | |

Case 1:22-cr-00116-CJN  Document 51  Filed 08/31/23  Page 7 of 13

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 520 | Capitol Eviction Notice Video (Capitol Eviction Notice - part 1- The Initial Breach- QfEjzABHqeY.mp4) | 8/29/23 | 8/29/23 | Jason Mastony | |
| 521 | Video (-15h48m06s-xM8CXfu9pQHk.mp4-.mp4) | | | | |
| 522 | Parler Video around 2:28 p.m.(xM8CXfu9pQHk.mp4) | 8/29/23 | 8/29/23 | Justin Cohen David Geitter | |
| 523 | Raven Geary Video (523-yt5s.com-Raven Geary-DC Riots.mp4 (full)) | | | | |
| 523.1 | Clip (- yt5s.com-Raven Geary-DC Riots.mp4-.mp4) | 8/29/23 | 8/29/23 | Jason Mastony David Geitter | |
| 524 | Video of pole assault (AFO_217 (flag pole).mp4) | | | | |
| 525 | Video of pole assault from the side (Side angle of pole stabbing.mp4) | 8/29/23 | 8/29/23 | Jason Mastony | |
| 526 | Storming the Capitol Video (Storming the Capitol - Fixed video.mp4) | | | | |
| 527 | Joseph Prezioso Getty Image | | | | |
| 528 | White Hot Riot YouTube Video (528-yt5s.com- [White hot riot] JANUARY 6 WASHINGTON, D.C. RIOT, FULL.mp4) | | | | |
| 529 | Patriots At the Capital Video (529-yt5s.com- Patriots At the Capital 1-6-2021.mp4) | 8/29/23 | 8/29/23 | Justin Cohen | |

7

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 530 | Parker Tunnel Video (An incredibly up-close view of the Capitol attack - Parler u5Z44C9ioner.mp4) | 8/30/23 | 8/30/23 | | |
| 531 | Parler Video (FULL FOOTAGE_ Patriots Storm U.S. Capitol (4K60fps).mp4) | | | | |
| 531.1 | Parler Patriots Storm U.S. Capitol Clip @ 43:30 | 8/29/23 | 8/29/23 | Trg Summers Jason Mastony | |
| 532 | 5:31 screenshot 533-li1cH9WLAw7x (1).mp4 | 8/30/23 | 8/30/23 | Craig Noyes | |
| 533 | Storming the Capitol Part 2 YouTube (yt5s.com-Storming the Capitol Part 2.mp4) | 8/30/23 | 8/30/23 | | |
| 534 | YouTube Video of Tunnel (yt5s.com-Washington protest.mp4) | 8/29/23 | 8/29/23 | Jason Mastony | |
| 535 | Still Photograph of Gietzen (Screenshot from Storming the Capitol - after fight with USCP) | 8/30/23 | 8/30/23 | Craig Noyes | |
| 532.1 | Screenshot from 532 video | 8/30/2023 | 8/30/2023 | Craig Noyes | |
| | | 8/30/23 | 8/30/23 | | |
| | | 8/30/23 | 8/30/23 | | |

*screen shot

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 600 Series | *Safeway* | 8/30/23 | 8/30/23 | | |
| 601 | Mayor's Order | 8/30/23 | 8/30/23 | | |
| 602 | DC closure Email | 8/30/23 | 8/30/23 | Jesse Dodson | |
| 603 | Mid Atlantic Sales Report | 8/30/23 | 8/30/23 | Jesse Dodson | |
| 604 | PA Shipment | 8/30/23 | 8/30/23 | Jesse Dodson | |
| 605 | Safeway Business Record Certification | 8/30/23 | 8/30/23 | Jesse Dodson | |
| 606 | DC-1-DC Register | 8/30/23 | 8/30/23 | Jesse Dodson | |
| 607 | DC-2- Curfew Tweet | 8/30/23 | 8/30/23 | | |
| | | 8/30/23 | 8/30/23 | | |
| 700 Series | *Defendant's Phone* | 8/30/23 | 8/30/23 | | |
| 701 | Cellebrite for phone 1B3 (CE-3453433-1B3 Sony Phone_2022-11-07_Report _2_2022-11-23_Report) | | | | |
| 701.1 | Chat from phone 1B3 – Andrew Gietzen re: about FBI tipster and call with FBI on 1/11/21 (redacted & unredacted versions) | | | | |

9

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 701.2 | Photo from phone 1B3- Photos of Andrew Gietzen with Trump hat on U.S. Capitol Grounds | | | | |
| 702 | Cellbrite Report for 1B4 (CE-3453433-1B4 Sony Phone_2022-11-07_Report_2023-01-06_Report) | 8/30/23 | 8/30/23 | Craig Noyes | |
| 702.1 | 1/6/21 David Gietzen text message (1B4 report pp. 109-116) | 8/30/23 | 8/30/23 | Craig Noyes | |
| 702.2 | David group chat civil war dated 1/7/21 and 1/8/21 (1B4 report pp. 248-250) | 8/30/23 | 8/30/23 | Craig Noyes David Gietzen | |
| 702.3 | David chat re proud, new address, and Jan 20 plans from 1/6/21 and 1/8/21 (1b4 report pp. 360-366) | 8/30/23 | 8/30/23 | Craig Noyes David Gietzen | |
| 702.4 | I'm David Gietzen message with Steve Patriot (1b4 report pp. 2-9) (redacted and unredacted versions) | 8/30/23 | 8/30/23 | Craig Noyes David Gietzen | |
| 702.5 | Gietzen text and send selfie in green coat and thumbs up | 8/30/23 | 8/30/23 | Craig Noyes | |
| 702.6 | Gietzen green coat and thumbs up photo on | 8/29/23 | 8/29/23 | Tia Summers Jarrett Doss Jesse Dodson | |
| 702.7 | Gietzen at Capitol with Flag photo | 8/30/23 | 8/30/23 | Craig Noyes | |
| 702.8 | Gietzen with grey hat man at Capitol | 8/30/23 | 8/30/23 | Craig Noyes | |
| 703 | 902(14) Affidavit of Data Extraction by CART Examiner Lee Weingarten | 8/30/23 | 8/30/23 | Craig Noyes | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 800 Series | Search Warrant Results / Physical evidence/date of arrest | | | | |
| 801 | Evidence Log - FD-886 | 8/30/23 | 8/30/23 | Craig Noyes | |
| 801.1 | Photographic Evidence Log – FD-674 | | | | |
| 802 | Receipt for Property - FD-597 | 8/30/23 | 8/30/23 | Craig Noyes | |
| 803 | Photo of goggles | 8/30/23 | 8/30/23 | Craig Noyes | |
| 803.1 | Goggles (Physical) | 8/30/23 | 8/30/23 | Craig Noyes | |
| 804 | Photo of Green Jacket (chair) | 8/30/23 | 8/30/23 | Craig Noyes | |
| 804.1 | Photo of Green Jacket (bed) | | | | |
| 804.2 | Green jacket (Physical) | 8/30/23 | 8/30/23 | Craig Noyes | |
| 805 | Photo of knee pads | 8/30/23 | 8/30/23 | Craig Noyes | |
| 805.1 | Knee pads (Physical) | 8/30/23 | 8/30/23 | Craig Noyes | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 806 | Photo of wallet and NC DL | 8/30/23 | 8/30/23 | Craig Noyes | |
| 807 | Close up of mail with name and address | 8/30/23 | 8/30/23 | Craig Noyes | |
| 808 | Fingerprint card and photos (PII redacted) | 8/30/23 | 8/30/23 | | |
| 809 | Photo of Green jacket on kitchen chair | 8/30/23 | 8/30/23 | | |
| | | 8/30/23 | 8/30/23 | | |
| 900 Series | *Potential Impeachment* | 8/30/23 | 8/30/23 | | |
| 901 | Defendant's Statement | 8/30/23 | 8/30/23 | | |
| 901.1 | Defendant Self-ID photographs | 8/30/23 | 8/30/23 | | |
| 902 | 902-266T-CE-3453433_0000020 - Report Documenting 01/19/2021 phone call between Gietzen and SA Jarrett Doss | 8/30/23 | 8/30/23 | | |
| | | | | | |

12

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| *1000 Series* | *Stipulation* | | | | |
| 1001 | Speech given by former President Donald J. Trump on January 6, 2021 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |