CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

United States of America

vs.

David Joseph Geitzen

Civil/Criminal No.: CR 22-116 (CJN)

## NOTE FROM JURY

We the jury agreed on a verdict on all counts.

Date: 8/31/23

Time: 11:15

FOREPERSON