UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

DAVID JOSEPH GIETZEN,

*Defendant.*

Criminal Action No. 22-cr-116 (CJN)

## VERDICT FORM

**Count One:**

With respect to the first count, the charge of obstructing law enforcement officers during a civil disorder, we unanimously find the defendant:

__X__ Guilty

_____ Not Guilty

**Count Two:**

With respect to the second count, the charge of assaulting, resisting, or impeding an officer or employee of the United States who was then engaged in the performance of his official duties, regarding the time period on or around 2:13 to 2:15 p.m., we unanimously find the defendant:

__X__ Guilty

_____ Not Guilty

**Count Three:**

With respect to the third count, the charge of assaulting, resisting, or impeding an officer or employee of the United States who was then engaged in the performance of his official duties, regarding the time period on or around 2:28 p.m., we unanimously find the defendant:

__X__ Guilty

_____ Not Guilty

**Count Four:**

With respect to the fourth count, the charge of assaulting, resisting, or impeding an officer or employee of the United States who was then engaged in the performance of his official duties, while using a deadly or dangerous weapon, we unanimously find the defendant:

    __X__ Guilty

    _____ Not Guilty

If the jury unanimously found the defendant guilty of the above offense, continue to Count Five. If not, answer the following question regarding the lesser-included offense:

With respect to the fourth count's lesser-included offense, assaulting, resisting, or impeding an officer or employee of the United States who was engaged in the performance of his official duties with physical contact or intent to commit another felony, we unanimously find the defendant:

    _____ Guilty

    _____ Not Guilty

**Count Five:**

With respect to the fifth count, the charge of entering or remaining in a restricted building or ground while using or carrying a deadly or dangerous weapon, we unanimously find the defendant:

    __X__ Guilty

    _____ Not Guilty

If the jury unanimously found the defendant guilty of the above offense, continue to Count Six. If not, answer the following question regarding the lesser-included offense:

With respect to the fifth count's lesser-included offense, entering or remaining in a restricted building or grounds, we unanimously find the defendant:

    _____ Guilty

    _____ Not Guilty

**Count Six:**

With respect to the sixth count, the charge of disorderly or disruptive conduct in a restricted

building or grounds while using or carrying a deadly or dangerous weapon, we unanimously find the defendant:

__X__ Guilty

_____ Not Guilty

If the jury unanimously found the defendant guilty of the above offense, continue to Count Seven. If not, answer the following question regarding the lesser-included offense:

With respect to the sixth count's lesser-included offense, disorderly or disruptive conduct in a restricted building or grounds, we unanimously find the defendant:

_____ Guilty

_____ Not Guilty

**Count Seven:**

With respect to the seventh count, the charge of engaging in physical violence in a restricted building or grounds while using or carrying a deadly or dangerous weapon, we unanimously find the defendant:

__X__ Guilty

_____ Not Guilty

If the jury unanimously found the defendant guilty of the above offense, continue to Count Eight. If not, answer the following question regarding the lesser-included offense:

With respect to the seventh count's lesser-included offense, engaging in physical violence in a restricted building or grounds, we unanimously find the defendant:

_____ Guilty

_____ Not Guilty

**Count Eight:**

With respect to the eighth count, the charge of engaging in an act of physical violence in the Capitol Building or Grounds, we unanimously find the defendant:

__X__ Guilty

_____ Not Guilty

_____8/31/23_____
Date

Foreperson _____